1  JDamaso.IND

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES RUMBAUA DAMASO,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **06-00005**<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) (b)(1)(C)]<br>(COUNT I)<br><br>**USING AND CARRYING AND POSSESSING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING OFFENSE**<br>[18 U.S.C. § 924(c)(1)(A)] (COUNT II)<br><br>**FELON IN POSSESSION OF A FIREARM**<br>[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]<br>(COUNT III)<br><br>**POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER**<br>[26 U.S.C. §§ 5861(i) and 5871]<br>(COUNT IV) |

THE GRAND JURY CHARGES:

**COUNT I - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

On about January 6, 2006, in the District of Guam, the defendant herein, JAMES RUMBAUA DAMASO, did unlawfully and knowingly possess with intent to distribute less than

-1-

5 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)(b)(1)(C).

### COUNT II - USING AND CARRYING AND POSSESSING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING OFFENSE

On or about January 6, 2006, in the District of Guam, the defendant herein, JAMES RUMBAUA DAMASO, did unlawfully, knowingly and wilfully, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possessing with intent to distribute methamphetamine hydrochloride as charged in Count I of the Indictment, used and carried a firearm, and in furtherance of such crime, possessed such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

### COUNT III - FELON IN POSSESSION OF A FIREARM

On or about January 6, 2006, in the District of Guam, JAMES RUMBAUA DAMASO, the defendant herein, having been convicted in the Superior Court of Guam on or about October 19, 2005, of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce a firearm, to wit: a Colt Mark IV Series 80 .45 caliber pistol, serial number obliterated, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT IV - POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER

On or about January 6, 2006, in the District of Guam, JAMES RUMBAUA DAMASO,

\\
\\
\\
\\
\\

-2-

Case 1:06-cr-00005   Document 1   Filed 02/08/2006   Page 2 of 3

the defendant herein, knowingly received and possessed a firearm, to wit: a Colt Mark IV Series 80 .45 caliber pistol, not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

DATED this 8th day of February, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: RUSSELL C. STODDARD
First Assistant U.S. Attorney