# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00005**
Same Defendant _____ New Defendant __XXX__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____JAMES RUMBAUA DAMASO_____

Allisas Name _____

Address _____147 Chalan Acho, Yigo_____

Birthdate __1968__ SS# __2195__ Sex __M__ Race _____ Nationality __Filipino__

**U.S. Attorney Information:**

FAUSA __Russell C. Stoddard__

Interpreter: __XX__ No ____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

__ Already in Federal Custody as of _____ in _____

__ Already in State Custody

__ On Pretrial Release

**RECEIVED FEB - 8 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __4__   ____ Petty   ____ Misdemeanor   __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Methamphetamine Hydrochloride | 1 |
| Set 2 | 18 U.S.C. § 924(c)(1)(A) | Using and Carrying and Possessing a Firearm During and In Relation To A Drug Trafficking Offense | 2 |
| Set 3 | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm | 3 |
| Set 4 | 26 U.S.C. §§ 5861(i) and 5871 | Possession of a Firearm with an Obliterated Serial Number | 4 |

(May be continued on reverse)

Date: __2/7/06__   Signature of FAUSA: _(signature)_