FILED
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**JAMES RUMBAUA DAMASO,**

Defendant.

**CRIMINAL** CASE NO. **06-00005**

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 9, 2006

Dated this 10th day of February, 2006.

**JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE**
**DISTRICT COURT OF GUAM**