# UNITED STATES DISTRICT COURT

District of **GUAM**

U.S. MARSHALS-GUAM RECEIVED -8 FEB 2006 08 32

UNITED STATES OF AMERICA

V.

**JAMES RUMBAUA DAMASO**

## WARRANT FOR ARREST

Case Number: CR-06-00005

FILED DISTRICT COURT OF GUAM
FEB 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES RUMBAUA DAMASO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1)(b)(1)(C) - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT I)

18:924(c)(1)(A) - USING AND CARRYING AND POSSESSING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING OFFENSE (COUNT II)

18:922(g)(1) & 924(a)(2) - FELON IN POSSESSION OF A FIREARM (COUNT III)

26:5861(i) & 5871 - POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER (COUNT IV)

in violation of Title _____ United States Code, Section(s)

VIRGINIA T. KILGORE
Name of Issuing Officer

*/s/ Virg. T. Kilgore*
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

FEBRUARY 8, 2006, HAGATNA, GUAM
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
108 Hernan Cortez Ave #300, Hagatna, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02-08-2006 | Paul Griffith, DEA SA | /s/ |
| DATE OF ARREST | | |
| 02-09-2006 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____