# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>James Rumbaua Damaso,<br><br>　　　　　Defendant. | Case No. 1:06-cr-00005<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order and Trial Order filed February 10, 2006,* on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　*Federal Public Defender*
*February 13, 2006*　　　　　　　　　　*February 13, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order and Trial Order filed February 10, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 13, 2006　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk