IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00005**          **DATE: 04/03/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:42:06 - 9:59:43          CSO: N. Edrosa /J. McDonald

**APPEARANCES**

**DEFT: JAMES RUMBAUA DAMASO**          **ATTY: ALEX MODABER**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.          (X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD          AGENT: PAUL GRIFFITH, D.E.A.

U.S. PROBATION: JOHN SAN NICOLAS          U.S. MARSHAL: J. CURRY / D. PUNZALAN

**PROCEEDINGS: CHANGE OF PLEA**

(X) DEFENDANT SWORN AND EXAMINED: AGE: 37    HIGH SCHOOL COMPLETED: HIGH SCHOOL GRADUATE
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY*  ( ) *NOT GUILTY* - TO: FELON IN POSSESSION OF A FIREARM - COUNT III
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: MARCH 29, 2006    PLEA: (X) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

(X) SENTENCING DATE: JULY 24, 2006  at  9:15 A.M.    ( ) STATUS HEARING: _____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: MAY 29, 2006    TO COURT: JUNE 28, 2006

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
(X) DEFENDANT DETAINED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Report and Recommendation executed by the Court.</u>

Courtroom Deputy: _____