# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> James Rumbaua Damaso, <br><br> Defendant. | Case No. 1:06-cr-00005 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed April 3, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　　*Federal Public Defender*
*April 3, 2006*　　　　　　　　　　　　　　*April 4, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed April 3, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 4, 2006　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk