JDamaso.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES RUMBAUA DAMASO, <br><br> Defendant. | CRIMINAL CASE NO. 06-00005 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

    Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

    Respectfully submitted this 7th day of June, 2006.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and NMI

                                        By: _____
                                                RUSSELL C. STODDARD
                                                First Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 7, 2006, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. James Rumbaua Damaso, Criminal Case No. 06-00005 to the following counsel:

>James Mchugh
>Assistant Public Defender
>Office of the Federal Public Defender
>400 Route 8, Suite 501
>Mongmong, Guam 96910

>FAX: 472-7120

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney