AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
DISTRICT OF GUAM



FILED
DISTRICT COURT OF GUAM
JUL 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

United States of America

V.

**JAMES RUMBAUA DAMASO**

NOTICE

CASE NUMBER: CR-06-00005

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910 | Monday, July 24, 2006 at 9:15 a.m. | Monday, July 24, 2006 at 1:30 p.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 14, 2006
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshals Service

ORIGINAL