# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING



**FILED**
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-06-00005          DATE: July 24, 2006

HON. JAMES WARE, Designated Judge, Presiding
    Law Clerk: Christina Shay      Court Reporter: None Present
    Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 1:32:21 - 1:52:30
    CSO: F. Tenorio / P. Taijeron

**APPEARANCES:**
    Defendant: James Rumbaua Damaso      Attorney: Richard Arens
        ☑ Present ☑ Custody ☐ Bond      ☑ Present ☐ Retained
        ☐ P.R.      ☑ FPD ☐ CJA
    U.S. Attorney: Russell Stoddard      U.S. Agent: Hoang Nguyen, A.T.F.
    U.S. Probation: Stephen Guilliot      U.S. Marshal: C. Marquez / S. Lujan
    Interpreter:      Language:
        ☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>20 months, with credit for time served. While in prison, the defendant shall participate in substance abuse and vocational programs approved by the Bureau of Prisons.</u>
- Upon release from imprisonment, defendant is placed on Supervised Release for a term of <u>3 years</u>, with conditions. (Refer to Judgment for Conditions of Supervised Release.)
- Fine Waived.
- Defendant Ordered to pay a Special Assessment Fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of his appeal rights.
- Court Ordered that a complete and corrected copy of the Presentence Report be prepared for the Bureau of Prisons and the U.S. Sentencing Commission.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Government moved to Dismiss Counts I, II, and IV. The Court Granted the motion. No further written order will be forthcoming.