# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES RUMBAUA DAMASO, )<br>)<br>Defendant. )<br>_____) | CRIMINAL CASE NO. 06-00005-001<br><br>**REQUEST TO TRAVEL** |

  On July 24, 2006, James Rumbaua Damaso was sentenced in the U.S. District Court of Guam by the Honorable James Ware for the offense, to wit: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He was sentenced to 20 months imprisonment followed by three years of supervised release with conditions that he comply with the mandatory and standard conditions of supervised release; refrain from the use of any and all alcoholic beverages; participate in a drug treatment program and testing; perform 400 hours of community service; and pay a $100 special assessment fee. Mr. Damaso's term of supervised release commenced on June 20, 2007, and will expire on June 19, 2010.

  On March 12, 2008, Mr. Damaso submitted his request to travel to the Republic of the Philippines to attend the first anniversary rosaries and masses for a deceased sibling. He would like to travel beginning April 7, 2008, with a return to Guam on April 14, 2008.

  Although Mr. Damaso has been on supervised release for approximately ten months, his adjustment has been very good. He is on Phase Three of drug testing and drug treatment, gainfully employed, cognizant of submitting his monthly supervision reports on a timely basis, and the caretaker of his father. The condition to perform community service is currently pending disposition by the court to convert the remaining hours to a fine, which he has already agreed to have garnished from his paycheck. It is also noted

Request to Travel
Re: DAMASO, James Rumbaua
Criminal Case No. 06-00005-001
March 18, 2008
Page 2

that Mr. Damaso is under supervision with the Superior Court of Guam until October 19, 2010. According to Probation Officer Roseanna Castro, Mr. Damaso has been generally compliant with his probationary conditions with the exception of not having paid his fine for his misdemeanor and felony offenses in full and not completing community service. Officer Castro indicated that she would endorse his travel request if he paid $500 toward his fine. On March 17, 2008, Mr. Damaso provided this Probation Officer with a receipt from the Superior Court of Guam, which verified that he paid $500. He also provided an Authorization to Deduct Pay for $25 bi-weekly payments to be withheld from his payroll check effective April 15, 2008.

Based on Mr. Damaso's compliance, this Probation Officer seeks the Court's approval to allow him to travel.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File