| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**James Rumbaua Damaso**
Criminal Case #CR06-00005-001
SSN: XX-XXX-2195
DOB: XX-XX-1968
HT: 5'7" / WT: 185 lbs.



DATE **March 18, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **April 7, 2008** AND RETURNING **April 14, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To attend first anniversary church services and rosaries for Jocelyn Damaso, deceased sister.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Immediately report any change in your travel plans to the U.S. Probation Office.**

2. **Report to the U.S. Probation Office within 24 hours after your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME:
ADDRESS

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

[X] **Approved**  [ ] **Disapproved**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Mar 19, 2008**