ORIGINAL

DAMASO_J.stpgar

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

MAR 28 2008 RD.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES RUMBAUA DAMASO, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> HOKU-SINO GUAM, INC., ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 06-00005 <br><br> **STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, JAMES RUMBAUA DAMASO, Social Security Number XXX-XX-2195, has requested that wages paid to the judgment defendant, in the amount of $100.00 per pay period be made payable to the Clerk, U.S. District of Guam for payment toward his fine that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JAMES RUMBAUA DAMASO, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $100.00 per pay period, until his fine obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 3/3/08

JAMES RUMBAUA DAMASO
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 3/5/08          By: JESSICA F. CRUZ
                           Assistant U.S. Attorney
                           MIKEL W. SCHWAB
                           Assistant U.S. Attorney

APPROVED:

ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI

By: MARIA C. CRUZ
    U.S. Probation Officer