**DAMASO_J.stpwrit**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAMES RUMBAUA DAMASO,<br><br>        Defendant,<br><br>HOKU-SINO GUAM, INC.,<br><br>        Garnishee. | CRIMINAL CASE NO. 06-00005<br><br>**WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, JAMES RUMBAUA DAMASO's wages in the amount of $100.00 per pay period;

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $100.00 per pay period of JAMES RUMBAUA DAMASO, Social Security Number XXX-XX-2195, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 06-00005** to ensure his account is properly credited.

SO ORERED.

**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 28, 2008**

- 2 -

Case 1:06-cr-00005    Document 32    Filed 03/28/2008    Page 2 of 2