**DAMASO_J.svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00005 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| JAMES RUMBAUA DAMASO, | ) |
| Defendant, | ) |
| HOKU-SINO GUAM INC., | ) |
| Garnishee. | ) |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on April 2, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

DATED: 04/10/08                    By:    /s/ Jessica F. Cruz
                                                   JESSICA F. CRUZ
                                                   Assistant U.S. Attorney
                                                   Jessica.F.Cruz@usdoj.gov
                                                   MIKEL W. SCHWAB
                                                   Assistant U.S. Attorney
                                                   mikel.schwab@usdoj.gov