**DAMASO_J.ter**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00005 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| JAMES RUMBAUA DAMASO, ) | |
| Defendant, ) | |
| HOKU-SINO GUAM, INC., ) | |
| Garnishee. ) | |

On or about March 28, 2008, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about June 30, 2008, our office was notified by the U.S. Probation Officer that Defendant, JAMES RUMBAUA DAMASO, has

//
//
//
//

transferred employment to H&H Quarry, Inc. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant JAMES RUMBAUA DAMASO, with garnishee, Hoku-Sino Guam, Inc.

DATED this 2nd day of July, 2008.

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and the NMI

By:    /s/ Jessica F. Cruz
         JESSICA F. CRUZ
         Assistant U.S. Attorney
         Jessica.F.Cruz@usdoj.gov
         MIKEL W. SCHWAB
         Assistant U.S. Attorney
         mikel.schwab@usdoj.gov