**DAMASO_J.facg**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00005 |
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |
| JAMES RUMBAUA DAMASO, | ) | |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Hoku-Sino Guam, Inc.
Attn.: Payroll
T.S. Tanaka Bldg.
220 S. Route 4, Suite 103
Hagåtña, Guam 96911

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about March 28, 2008, $500.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

DATED this 2nd day of July, 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI


By:   /s/ Jessica F. Cruz
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       Jessica.F.Cruz@usdoj.gov
       MIKEL W. SCHWAB
       Assistant U.S. Attorney
       mikel.schwab@usdoj.gov



```
United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History
```

Report Level: GU                                                                                     Report Date: 06/30/2008
PAYMENTS

| CDCS NBR | | Name | | Collect Type | OR | Court Nbr | Priority Code | 04 | Scheduled Payment Amount | | Current Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008A47519/001 | | Damaso, James Rumbaua | | | | CR-06-00005 | | | | | $1,465.60 |

For Report Parameters: 2008A47519 ,001 ,1617536

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000003 | PMNT | 04/22/2008 | CL | A | GUX000488 | | | | 04/25/2008 | $50.00 |
| 000004 | PMNT | 04/22/2008 | CL | A | GUX000488 | | | | 04/25/2008 | $50.00 |
| 000005 | PMNT | 05/02/2008 | CL | A | GUX000560 | | | | 05/14/2008 | $100.00 |
| 000006 | PMNT | 06/06/2008 | GC | H | GUX000764 | | | | 06/18/2008 | $100.00 |
| 000007 | PMNT | 06/18/2008 | GC | H | GUX000833 | | | | 06/26/2008 | $100.00 |
| 000008 | PMNT | 06/18/2008 | GC | H | GUX000834 | | | | 06/26/2008 | $100.00 |
| Total | | | | | | | | | | $500.00 |