**DAMASO_J.terSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00005 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| JAMES RUMBAUA DAMASO, | ) | |
| Defendant, | ) | |
| HOKU-SINO GUAM, INC., | ) | |
| Garnishee. | ) | |

    I hereby certify that on July 2, 2008, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on July 3, 2008, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

//

//

| | |
|---|---|
| 1 | A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, |
| 2 | **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and |
| 3 | **Final Accounting Upon Termination of Garnishment** were sent to the defendant, |
| 4 | JAMES RUMBAUA DAMASO and garnishee, HOKU-SINO GUAM, INC. by mail on |
| 5 | **July 3, 2008**. |

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

DATED: 7/7/08               By:    /s/ Jessica F. Cruz
                                                JESSICA F. CRUZ
                                                Assistant U.S. Attorney
                                                Jessica.F.Cruz@usdoj.gov
                                                MIKEL W. SCHWAB
                                                Assistant U.S. Attorney
                                                mikel.schwab@usdoj.gov