ORIGINAL

DAMASO_J.stpgar2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 1 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAMES RUMBAUA DAMASO,  )<br>  )<br>Defendant,  )<br>  )<br>H&H QUARRY, INC.,  )<br>  )<br>Garnishee.  )  | CRIMINAL CASE NO. 06-00005<br><br>**STIPULATED MOTION FOR A WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, JAMES RUMBAUA DAMASO, Social Security Number XXX-XX-2195, has requested that wages paid to the judgment defendant, in the amount of $100.00 per pay period be made payable to the Clerk, U.S. District of Guam for payment toward his fine that is due and owing;

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JAMES RUMBAUA DAMASO, hereby jointly move the Court for an order of a writ of continuing garnishment on the wages paid to the judgment defendant, in the amount of $100.00 per pay period, until his fine obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 7/8/08

JAMES RUMBAUA DAMASO
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 7/10/08        By: 

JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

APPROVED:

ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
Districts of Guam and the NMI

By: 

MARIA C. CRUZ
U.S. Probation Officer