**DAMASO_J.stpwrit2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00005 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| JAMES RUMBAUA DAMASO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| H&H QUARRY, INC., ) | |
| ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, JAMES RUMBAUA DAMASO's wages in the amount of $100.00 per pay period;

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $100.00 per pay period of JAMES RUMBAUA DAMASO, Social Security Number XXX-XX-2195, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 06-00005** to ensure his account is properly credited.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 15, 2008**