**DAMASO_J.svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES RUMBAUA DAMASO, ) <br> ) <br> Defendant, ) <br> ) <br> HOKU-SINO GUAM INC., ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 06-00005 <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on July 17, 2008.

                                                                        LEONARDO M. RAPADAS
                                                                        United States Attorney
                                                                        Districts of Guam and the NMI

DATED: 07/18/08                      By:     /s/ Jessica F. Cruz
                                                                        JESSICA F. CRUZ
                                                                          Assistant U.S. Attorney
                                                                          Jessica.F.Cruz@usdoj.gov
                                                                          MIKEL W. SCHWAB
                                                                          Assistant U.S. Attorney
                                                                          mikel.schwab@usdoj.gov