PROB 12C
(7/93)

# United States District Court

for

*District of Guam*

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:     **James Rumbaua Damaso**                    Case Number: **CR 06-00005-001**

Name of Sentencing Judicial Officer:     The Honorable James Ware, Designated Judge

Date of Original Sentence:     July 24, 2006

Original Offense:    Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Twenty months imprisonment to be followed by three years supervised release with conditions: not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; not unlawfully possess a controlled substance, refrain from any unlawful use of a controlled substance and submit up to eight drug tests a month; refrain from the use of any and all alcoholic beverages; participate in a substance abuse program to include testing and make co-payment as determined by the Probation Office; and perform 400 hours of community service. **Modified on March 26, 2008:** Community service deleted and fine of $1,965.60 imposed. **Informational Report on July 23, 2008:** Failed to answer probation officer truthfully, tested positive for a controlled substance, and failed to show for two drug tests. **Modified on July 28, 2008:** Fine amended to $1,872.00. **Modified on August 1, 2008:** Sixteen hours of community service added as a sanction for not providing truthful information on monthly supervision report and not giving ten days prior notification to the Probation Office about changing residence.

Type of Supervision:     Supervised Release          Date Supervision Commenced: June 20, 2007

Assistant U.S. Attorney:     Russell Stoddard              Defense Attorney: Richard P. Arens

## PETITIONING THE COURT

[X]  To issue a warrant.

[ ]  To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of

| Violation Number | Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)] |
|---|---|
| Mandatory Condition & Special Condition 1 | Failure to refrain from possessing a controlled substance and failure to refrain from any unlawful use of a controlled substance. |
| Standard Condition 3 | Failure to answer truthfully all inquires by the probation officer. |
| Standard Condition 6 | Failure to notify the probation officer at least ten days prior to any change in residence or employment. |
| Standard Condition 7 | Failure to refrain from possessing and distributing a controlled substance. |
| Standard Condition 9 | Failure to refrain from associating with a person engaged in criminal activity. |
| Special Condition 3 | Failure to participate in a program for substance abuse and drug testing. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for ____ years, for a total term ____ years.

[ ] The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violations of Supervised Release Conditions; Request for a Warrant*
**submitted by U.S. Probation Officer Maria C. Cruz**

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: September 4, 2008

I declare under penalty of perjury that the forgoing is true and correct.

/s/ MARIA C. CRUZ
U.S. Probation Officer

Executed on: September 4, 2008

**THE COURT ORDERS:**

[ ] No Action.

[X] The Issuance of a Warrant.

[ ] The Issuance of a Summons.

[ ] Other.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Sep 05, 2008**